# Notice Recipients

District/Off: 0970−2     User: admin     Date Created: 02/01/2016
Case: 2:15−bk−13437−EPB     Form ID: 318     Total: 80

**Recipients of Notice of Electronic Filing:**
aty     CHARLES L. FIRESTEIN     charles@firesteinpc.com
aty     JAMES J. GENTILE     jjg@azlawyer.net

                                                                TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| ID | Name | Address |
|---|---|---|
| db | LAUREN M STRICKLAND | 3625 E RAY RD #1124   PHOENIX, AZ 85044 |
| tr | ERIC M. HALEY | PO BOX 13390   SCOTTSDALE, AZ 85267 |
| cr | AMERICAN HONDA FINANCE CORPORATION | c/o Charles L. Firestein, P.C.   4300 North Miller Road, Ste 217   Scottsdale, AZ 85251 |
| smg | AZ DEPARTMENT OF REVENUE | BANKRUPTCY & LITIGATION   1600 W. MONROE, 7TH FL.   PHOENIX, AZ 85007−2650 |
| 13794326 | AD ASTRA RECOVERY | 7330 W 33RD ST N   SUITE 118   Wichita KS 67205 |
| 13794327 | AD ASTRA RECOVERY | 7330 W 33RD ST N   SUITE 118   Wichita KS 67205 |
| 13831061 | ART INSTITUTE OF DALLAS | 8080 PARK LANE   SUITE 100   DALLAS TX 75231 |
| 13794329 | AZ DEPT OF REVENUE | 1600 W MONROE   Phoenix AZ 85007−2650 |
| 13794328 | American Honda Finance | 10801 Walker St Ste 140   Cypress CA 90630 |
| 13794330 | BMW FINANCIAL SVC | PO BOX 3608   Dublin OH 43016 |
| 13794331 | Bureau Of Med Econcs | 326 E Coronado Rd   Phoenix AZ 85004 |
| 13794333 | CAPITAL ONE | PO BOX 30281   Salt Lake City UT 84130 |
| 13794334 | CENTRAL CREDIT SERVICES | 20 CORPORATE HILLS DR   CHARLES KS 66301 |
| 13829779 | CENTRAL CREDIT SERVICES | 9550 REGENCY AP #602   JACKSONVILLE FL 32225 |
| 13794336 | CENTURY LINK | C/O AFNI   PO BOX 3015   Bloomington IL 61702 |
| 13794335 | CENTURY LINK | PO BOX 29040   Phoenix AZ 85038 |
| 13829780 | CIFIFINANCIAL/ONEMAIN | CITIFINANCIAL INC   300 ST PAUL PLACE #3   BALTIMORE MD 21202 |
| 13794338 | COMENITY BANK/ EXPRESS | PO BOX 182789   Columbus OH 43218 |
| 13794340 | CREDIT COLLECTION SERVICES | PO BOX 9133   Needham Heights MA 02494 |
| 13794341 | CREDIT ONE BANK | PO BOX 98872   Las Vegas NV 89193 |
| 13794332 | Capital One | Attn: Bankruptcy   Po Box 30285   Salt Lake City UT 84130 |
| 13923179 | Capital One Bank (USA), N.A. | PO Box 71083   Charlotte, NC 28272−1083 |
| 13794337 | Citifinancial/Onemain | Citifinancial Inc.   Pob 140489   Irving TX 75063 |
| 13794339 | Comenity Bank/vctrssec | Po Box 182789   Columbus OH 43218 |
| 13794342 | DARIN STRICKLAND | 3625 E RAY RD #1124   Phoenix AZ 85044 |
| 13794343 | DARIN STRICKLAND | 3625 E RAY RD #1124   Phoenix AZ 85044 |
| 13794344 | DARIN STRICKLAND | 3625 E RAY RD #1124   Phoenix AZ 85044 |
| 13794345 | DARIN STRICKLAND | 3625 E RAY RD #1124   Phoenix AZ 85044 |
| 13794346 | DARIN STRICKLAND | 3625 E RAY RD #1124   Phoenix AZ 85044 |
| 13794347 | DARIN STRICKLAND | 3625 E RAY RD #1124   Phoenix AZ 85044 |
| 13794348 | DARIN STRICKLAND | 3625 E RAY RD #1124   Phoenix AZ 85044 |
| 13794349 | DARIN STRICKLAND | 3625 E RAY RD #1124   Phoenix AZ 85044 |
| 13794350 | DARIN STRICKLAND | 3625 E RAY RD #1124   Phoenix AZ 85044 |
| 13794351 | DARIN STRICKLAND | 3625 E RAY RD #1124   Phoenix AZ 85044 |
| 13794352 | DARIN STRICKLAND | 3625 E RAY RD #1124   Phoenix AZ 85044 |
| 13794353 | DARIN STRICKLAND | 3625 E RAY RD #1124   Phoenix AZ 85044 |
| 13794354 | DARIN STRICKLAND | 3625 E RAY RD #1124   Phoenix AZ 85044 |
| 13794355 | DARIN STRICKLAND | 3625 E RAY RD #1124   Phoenix AZ 85044 |
| 13794356 | DARIN STRICKLAND | 3625 E RAY RD #1124   Phoenix AZ 85044 |
| 13794357 | DARIN STRICKLAND | 3625 E RAY RD #1124   Phoenix AZ 85044 |
| 13794358 | DARIN STRICKLAND | 3625 E RAY RD #1124   Phoenix AZ 85044 |
| 13794359 | DARIN STRICKLAND | 3625 E RAY RD #1124   Phoenix AZ 85044 |
| 13794360 | DARIN STRICKLAND | 3625 E RAY RD #1124   Phoenix AZ 85044 |
| 13794361 | DARIN STRICKLAND | 3625 E RAY RD #1124   Phoenix AZ 85044 |
| 13794362 | DARIN STRICKLAND | 3625 E RAY RD #1124   Phoenix AZ 85044 |
| 13794363 | DARIN STRICKLAND | 3625 E RAY RD #1124   Phoenix AZ 85044 |
| 13794364 | DARIN STRICKLAND | 3625 E RAY RD #1124   Phoenix AZ 85044 |
| 13794365 | Dept Of Ed/navient | Po Box 9635   Wilkes Barre PA 18773 |
| 13794366 | Dept Of Ed/navient | Po Box 9635   Wilkes Barre PA 18773 |
| 13794367 | Dlvry Fn Svc | 7077 E Bell Rd   Scottsdale AZ 85254 |
| 13794368 | Dsnb Macys | 9111 Duke Blvd   Mason OH 45040 |
| 13794369 | Elan Financial Service | 777 E Wisconsin Ave   Milwaukee WI 53202 |
| 13794370 | FIRST PREMIER BANK | 3820 N LOUISE AVE   Sioux Falls SD 57107 |
| 13794371 | HYCITE | 333 HOLTZMAN RD   Madison WI 53713 |
| 13794372 | INFINITI | PO BOX 660577   Dallas TX 75266 |
| 13794324 | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATIONS   Philadelphia PA 19101 |
| 13794373 | IRS | CENTRALIZED INSOLVENCY OPERATIONS   PO BOX 7346   Philadelphia PA 19101−7346 |

| | | | | | |
|---|---|---|---|---|---|
| 13794374 | JC PENNEY/GLOBAL CREDIT | 5440 N CUMBERLAND AVE | SUITE 300 | Chicago IL 60656 | |
| 13794375 | KOHLS | PO BOX 3115 | Milwaukee WI 53201 | | |
| 13794376 | Kohls/capone | N56 W 17000 Ridgewood Dr | Menomonee Falls WI 53051 | | |
| 13794377 | MID AMERICA BANK & TRUST | 5109 S BROADBAND LANE | Sioux Falls SD 57108 | | |
| 13831060 | MOUNTAIN VISTA EMERGENCY | PATIENT ACCOUNT SERVICES | 200 S PARK RD | SUITE 450 | HOLLYWOOD, FL 33021 |
| 13794378 | NPRTO ARIZONA LLC | 10619 JORDAN GATEWAY | SUITE 100 | South Jordan UT 84095 | |
| 13903499 | Quantum3 Group LLC as agent for | Comenity Bank | PO Box 788 | Kirkland, WA 98083–0788 | |
| 13794379 | SANTANDER USA | 8585 N STEMMONS FWY | SUITE 100 | Dallas TX 75247 | |
| 13794325 | STATE OF ARIZONA | DEPARTMENT OF REVENUE | PO BOX 29070 | Phoenix AZ 85038 | |
| 13794385 | SUNRISE CREDIT SERVICES | 234 AIRPORT PLAZA BLVD | SUITE 4 | Forest Hills NY 11375 | |
| 13794386 | SYNCB/GAP | PO BOX 965005 | Orlando FL 32896 | | |
| 13794387 | SYNCB/WALMART | PO BOX 965024 | Orlando FL 32896 | | |
| 13794380 | Scottsdale Collection | Po Box 310 | Scottsdale AZ 85252 | | |
| 13794384 | Scottsdale Collection | Po Box 310 | Scottsdale AZ 85252 | | |
| 13794381 | Scottsdale Collection | Po Box 82910 | Phoenix AZ 85071 | | |
| 13794382 | Scottsdale Collection | Po Box 82910 | Phoenix AZ 85071 | | |
| 13794383 | Scottsdale Collection | Po Box 82910 | Phoenix AZ 85071 | | |
| 13794388 | TARGET /TD BANK USA | PO BOX 673 | Minneapolis MN 55440 | | |
| 13794389 | TWC/ CREDIT MANAGEMENT | 4120 INTERNATIONAL PKWY | SUITE 1100 | Carrollton TX 75007 | |
| 13794391 | VISTA AT HACKBERRY CREEK APARTMENT | 2527 W ROYAL LANE | Irving TX 75063 | | |
| 13794390 | Verizon | Po Box 49 | Lakeland FL 33802 | | |

TOTAL: 78